UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TERRYL LIPSEY, | ) | NO. CV 08-2600-CT |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of | ) | |
| Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

With respect to plaintiff's application for Disability Insurance Benefits, IT IS ADJUDGED that judgment is entered in favor of defendant Commissioner of Social Security for the reasons set forth in the court's Opinion and Order filed concurrently.

///
///
///
///
///

13

With respect to plaintiff's application for Supplemental Security Income, IT IS ADJUDGED that this matter is **REMANDED** pursuant to sentence four of 42 U.S.C. §405(g) to defendant Commissioner of Social Security for further administrative action consistent with the opinion and order filed concurrently with this judgment.

DATED: Aug-3, 2008

_____
CAROLYN TURCHIN
UNITED STATES MAGISTRATE JUDGE